# United States District Court
# District of Connecticut

SCANNED at Bridgeport CC Bridgeport, CT
and Emailed
12/31/25 by LM 22 pages
date initials No.

| | |
|---|---|
| David Yariel Rodriguez | Docket No: |
| -V- | |
| Jane Doe ASA | |
| Jane Doe ASA | |
| States Attorney Watson | |
| | Date: 12/22/25 |

1) Plaintiff David Yariel Rodriguez hereby files this Civil Rights 1983 Suit for the deprivation of his constitutional right.

2) Each and every Defendant stated herein made decisions to violate plaintiff's constitutional rights Deliberately and Knowingly Violating his right not to be deprived of liberty without due process of law.

3) Each defendant participated in a Malicious Prosecution based on the witholding of exculpatory evidence and fabrication of inculpatory evidences that lead to plaintiffs constitutional rights violated.

4). Each defendant Violated the 5th Amendment and deprived the liberties protected by the United States Constitution.

5). Each defendant Violated the 14th Amendment by depriving plaintiff of Due Process.

6) Each defendant actions Subjected the plaintiff to Cruel and Unusual Punishment prohibited by the 8th Amendment of the United State Constitution.

7) Within this complaint it will be made Clear how each and every Stated defendant participated in these violations and how many warnings of Wrong doing Was disregarded.

8) These actions where done Knowingly with Malicious intent which is Why they Should not have the right for immunity. They Should not be entitled to qualified immunity.

9) The next Section Will State all the Defendants and there Workplace Which include there official titles.

# Defendants

States Attorney Watson- States Attorney of New Britain Superior Court.
Address- 20 Franklin Square, New Britain, CT 06051

Asistant States Attorney - Jane doe, ASA for New Britain, Superior court.
Address - 20 Franklin Square, New Britain, CT 06051

Asistant States Attorney- Jane doe, ASA for Norwich Superior Court.
Address-

★ Plaintiff - David Yariel Rodriguez, Current Address - 1106 North Avenue, Bridgeport, CT 06604

Plaintiff currently housed at Bridgeport Correctional Center at the above Stated Address.

★ Witness - Hailey Poatzke - Prior Attorney for this matter when it was at Norwich Superior court.

10) Within this complaint it would be shown how defamation to Plaintiff Character lead to Plaintiff loss of Employment.

11) On May 27, 2025 the State dismissed the matter that lead to the filing of this Civil Suit. Plaintiff wants to make clear that the States Attorney dismissed this case because of there wrong doing.

12) The Attorney misconduct lead to financial loss due to the dishonesty done by the defendants

Statement of Facts

On 10-9-23, Plaintiff was arrested and Charged with a total of (5) Charges which where (Possession of Burglar Tools), (Interfere with officer/Resisting), (Risk of Injury to Child), and (2) counts of (Larceny of Motor Vehicle). On 10-10-23 Plaintiff was brought to Arrignment where the Norwich Assistants States Attorney Stated "that the plaintiff was involved in the stealing of (2) Dirt bikes, took police on a car chase, Risk the Safety of a child and was found in possession of Burglar tools." Nothing that was stated against the plaintiff was true or even close to what

Was Stated on the police report that was issued by the Connecticut State Police.

The actions of the ASA Stating false information to get a intended result deprived the plaintiff of Due Process because the ASA fabricated information to prove probable cause. Due to the fabrication of information the prosecutor got what they wanted. As soon as the ASA lied on the record and withheld information, plaintiff was deprived of Due Process.

The plaintiff was issued a court date for the following month and later on that day made bail.

At the following court date the ASA Stated that State police collected evidences from the crime scene, which was a (cellphone) and a (pair of Gloves) that plaintiff knew would prove his innocence, so for 6 months he begged the State to run forensics on the evidence which they declined to do. Video cameras from the crime scene that showed (1) person stealing (2) Dirt bikes and while the crime was taking place the suspect dropped there (cellphone) and (Gloves), which was allegedly collected by police, State Police. Plaintiff didnt understand why the State would rather prosecute a innocent man

then avoid a mistake of prosecuting the Wrong person.
Plaintiff lost his job because of this matter Which cass finacial harm.
After months of being Wrongfully prosecuted and after month of The State declining to run forensics of the evidence the case Was moved to New Britain Superior court because he had another pending matter there.
Prior to the transfer of this matter Plaintiff brought up the fact that he has proof he didn't comit any crime Such as (Photos), (Videos), (Witness Statements), and (Phone location) Which was disregarded Violating the 6th Amendment because he was denied compulsory process for obtaining Witnesses in his favor.
Although the State had evidence to prove my innocence they denied me Due Process and the chance to prove i'm not the man Stealing the (2) Dirt bikes out of Someones garage, because they had a Sinister Secret that the State did not disclose to the court or defense.
The Sinister Secret that States Attorney Kept quiet was that State Police Collected the (Evidence) held the evidence for about (3) days then Returned the Evidence back to the Victim of the theft, although the (cellphone) and

(Gloves) that was collected belonged to the Suspect.
Plaintiff believes that State Police ran (DNA) on the (gloves and cellphone) then returned them to the victim when they realized that Plaintiff wasn't the Suspect that commited the crimes.
The Victim of ther theft was so confused of the returning of the evidence that State Police collected that he (E-mailed) the Norwich States Attorney. In the (E-mail) the victim Stated how State Police brought back evidence and the victim also stated that he himself placed the (cellphone) and (Gloves) in a Ziplock bag and asked the Norwich States Attorney if they where coming to re-collect the evidence, which they declined to do.
Even tho the States Attorney Knew about State Police returning the evidence, Even tho they Knew of Evidence being contaminated, Even tho the States Attorney declined to re-collected the evidence they continued to say that the cellphone and gloves belonged to the plaintiff.
That was the Sinister Secret that the States Attorney withheld, commiting a brady violation.
For the above evidence Stated facts the Norwich States Attorney Deliberately and Knowingly denied the plaintiff "Due Process."

The Withholding of exculpatory evidence and fabrication of inculpatory evidence, which denied Plaintiff Constitutional rights is why this prosecution was a Malicious Prosecution.

For those reasons the Norwich States Attorney Should not be entitled to qualified immunity.

At the arrignment on 10-10-23 the States Attorney Was Soppose to use the Facts that Was given to them by the arresting authority Which is mainly the police report and affidavits. Once the States Attorney Stated that Plaintiff "Took police on a car chase, Risk the Safety of a child and was found in possession of Burglar tools", althouth the police Report Stated none of that the States Attorney Was fabricating information which is clearly attorney misconduct.

The Norwich Assistant States Attorney Commited Brady Violations, Fabricated information

In the month of July the case was transfered to New Britain Superior court Where States Attorney Watson reviewed the Case and then turned up the Notch on the Attorney Misconduct.

Even though the plaintiff offered up his phone location to prove him innocent, the prosecution continued.
Even though the New Britain States Attorney knew about the cellphone and gloves being returned, they also stated on multiple court dates that a cellphone and gloves where collected that they believed to be the plaintiff.
States Attorney Watson is named in this complaint because he is the supervising Attorney for New Britain States Attorneys office and he reviewed this case, found out about the cellphone being lost, gloves being lost, video footage being lost, which all proved the plaintiff innocent and continued the prosecution. This case wasn't about innocent or guilty for SA Watson it was about convicting a innocent man.
The Assistant States Attorney Jane Doe is named in this complaint because she was the one saying that the cellphone and gloves belonged to the plaintiff even though they where lost a year earlier and DNA wasn't alledgely ran which plaintiff believes to be false.

By October of 2024 the New Britain States Attorney gave an offer to the Plaintiff and the offer was...
Plead Guilty to Larceny 2nd and Violation of Probation Which Came with either 2 1/2 years in prison with 10 years Suspended and 3 years of probation and he had to pay a $2,000 fine or plaintiff could take 3 1/2 years in prison flat.
The Big issues with that is that plaintiff Knew the (Video footage), the (Cellphone), and (Gloves) would prove him innocent of the Crimes alleged.
2). In the State of connecticut a Larceny 2nd requirement is and i quote" A person is Guilty of Larceny 2nd when the person Steals the property of Someone elses and the property Value is $10,000 or More.
Although there was Video Footage, Cellphone, and Gloves That proved the Plaintiff innocent the New Britain States Attorney Continued to try and Force the plaintiff into a plead deal that he Kept refusing.
Even though the plaintiff offered up (Videos) and (Photos) and witness Statements that proves he was an hour away at his friends birthday party all night so he couldn't be the person on Cameras the prosecution continued.

Plaintiff Strongly believes the DNA was ran on the Cellphone, the Gloves, and the Bolt cutters which where also collected and once the DNA proved him innocent it was returned to hide proof of innocents because its hard to believe that a States Attorneys office and the State police would lose (Video Footage) the (Cellphone), (the Gloves), the (Bolt cutters), which plaintiff continued to say proved him innocent.

Its hard to believe all the evidence goes missing in a case and it also happens to be all the stuff that plaintiff stated proved him innocent.

Plaintiff was denied a chance to review the evidence stated above because they lost it.
Plaintiff was denied a chance to bring witnesses forward because the State denied it.
Plaintiff tried to show proof through phone location but the State denied it.
Plaintiff tried to bring forward the videos and photos from the party that shows he was a hour away at the time of the crime but the State denied it.

The States Attorneys involved did this

Maliciously to Wrongfully target and prosecute an innocent man the plaintiff David Yariel Rodriguez because he is a brown skin puerto rican from the Urban community.

In the Month of April the Plaintiff was allowed to Self-Represent where he filed a total of (3) Motions that lead to the dismissal of this case.

1) Motion for Bill of Particulars
2). Motion to Run DNA on all collected exculpatory evidence.
3). Request to show GPS location of cellular Phone.

And on May 27, 2025, the States Attorney Stated on Record that " The State hereby dismisses all the charges agaist the defendant. It seems after reviewal of the case evidence has gone missing and we nolonger believe we have enought to prosecute. We believe he might not be the suspect of the crime.

After 20 months of a Wrongfull Prosecution the charges stated herein the State dismissed (all) of the charges against the Plaintiff on May 27, 2025, Which court transcripts would prove.

This case that was dismissed lead to the Plaintiff being violated of his probation, which the State is still prosecuting for although this case was dismissed.
This case lead to the plaintiff losing (2) jobs a chance to become General manager of Wendy's.
This case lead to finacial instability which lead to the plaintiff being homeless because he was head of house hold.
This case lead to the plaintiff losing both his cars because he lost his job and couldn't afford all the bills anymore.
This case lead to the plaintiff losing his wife and step chiled who he love dearly because the case lead to the losing of his job, then he lost the family's cars then the family went homless which lead to alot of stress and his wife leaving him.
This case lead to family and friends seperating from the plaintiff because they believed he was a thef and dangerous around kids.

The Plaintiff lost all of this which messed him up bad to this day Mentally, Emotionally, Physically he still can't believe he lost so much trying to show he was innocent. The type of pain that comes from losing his family, his wife, his step son

is unbelievable and thats something he will never forget.
That pain that came from all the loses because of this case lead to the plaintiff attempting to overdose 3 times on pills.

Plaintiff hope the court sees after 20 months of being called a theef, after 20 months paying attorney fees, after 20 months of paying Bond fees, after 20 months of the Norwich and New Britain States Attorney Slandering his name the case was Dismissed.

The plaintiff still wonders why they wanting him so badly that they where willing to send an innocent man to jail.

The States Attorneys stated herein (lied on Record), (Fabricated Information), withheld exculpatory evidence even though for 20 Months at every court date the plaintiff made it clear that he was innocent, but it was disregarded.

Attorney Hailey Poatzel is the witness for the e-mail because she recieved a copy of it. The E-Mail from the Victim to the Norwich States Attorney

Remedies Respectfully Requested

1. Plaintiff respectfully request that Immunity is Removed from all Defendants

2. Find that there action Where Malicious

3. Deem there actions Constitutional Violations.

4. Grant Moneytary Compensation for Attorney Misconduct - Amount of $5,000,000

5. Grant Moneytary Compensation for Malicious Prosecution - Amount of $5,000,000

6. Grant Moneytary Compensation for Financial loss - Amount of $750,000

7. Grant Moneytary Compensation for Mental, Emotional, and Physical harm - Amount of 2,000,000

8. Requesting a Jury trial when time comes.

9). Any other Remedy the court deems just.